UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-61680-CIV-MORENO

BIOMATRIX SPECIALTY PHARMACY,
LLC, FFP HOLDCO, LLC d/b/a MATRIX
HEALTH GROUP, BIOLOGICTX, LLC, and
FFP ACQUISITION II, LLC d/b/a MEDEX
BIOCARE,

        Plaintiffs,

vs.

HORIZON HEALTHCARE SERVICES, INC.
d/b/a HORIZON BLUE CROSS BLUE
SHIELD OF NEW JERSEY,

        Defendant.
_____/

## ORDER SETTING HEARING

THIS CAUSE came before the Court upon Objections by Plaintiffs and DLA Piper LLP to Magistrate Judge's Order Disqualifying Counsel **(D.E. 52)**. It is

**ADJUDGED** that hearing shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 13-4 (Judge Donald L. Graham's Courtroom), 400 North Miami Avenue, Miami, Florida 33128, on **May 8, 2019 at 10:30 AM**. Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ of May 2019.

                              FEDERICO A. MORENO
                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record