UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 18-61680-CIV-MORENO**

BIOMATRIX SPECIALTY PHARMACY, LLC,
FFP HOLDCO, LLC d/b/a MATRIX HEALTH
GROUP, BIOLOGICTX, LLC, and FFP
ACQUISITION II, LLC d/b/a MEDEX BIOCARE,

       Plaintiffs,

vs.

HORIZON HEALTHCARE SERVICES, INC.
d/b/a HORIZON BLUE CROSS BLUE SHIELD
OF NEW JERSEY,

       Defendant.

_____/

## ORDER OF REASSIGNMENT TO DISTRICT JUDGE RODOLFO A. RUIZ

The above-styled case has been selected by the Clerk of Court utilizing a random selection procedure

to insure the fair and impartial reassignment of cases from the undersigned

District Judge to the newly appointed **District Judge Rodolfo A. Ruiz.**

Prior to executing this Order, the undersigned has reviewed the files and in accordance with the policy

established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section

2.05.03 -2.05.04), it is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable**

**Rodolfo A. Ruiz** as of _May 6, 2019_ for all further proceedings. It is further

ORDERED that all pleadings hereafter filed shall bear the assigned case number followed by the

initials **RAR** in lieu of the present initials. .

DONE and ORDERED at _Miami_, Florida, in chambers this _6_ day of _May_ , 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

c: All counsel of record/pro se parties